THE PEOPLE OF THE STATE OF NEW YORK ex rel. FLORENCE M. TAPPIN, as Administratrix of the Estate of JOHN F. TAPPIN, Deceased, Respondent, *v.* JAMES C. CROPSEY, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Tappin* v. *Cropsey,* 178 App. Div. 180, affirmed.

(Argued May 28, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1918, which sustained a writ of certiorari and annulled a determination of the police commissioner of the city of New York dismissing relator's intestate, a police captain, from the police department of the city of New York. The decedent was charged with conduct unbecoming an officer and violation of the rules, tried upon said charges and dismissed. The Appellate Division annulled the determination of the police commissioner and ordered a new trial on the ground that the trial commissioner had disqualified himself from acting in the matter because of remarks he had made to the relator's decedent prior to the hearing itself in connection with a preliminary investigation.

*William P. Burr, Corporation Counsel (William B. Carswell* of counsel), for appellant.

*Harry Crone* and *Francis Gilbert* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER T. REHILL, Appellant, *v.* ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Rehill* v. *Woods,* 179 App. Div. 905, affirmed.

(Submitted May 28, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 8, 1917, which dismissed a writ of certiorari and confirmed the determination of the police commissioner of the city of New York dismissing the relator, a police sergeant, from the police department of the city of New York. The relator was charged with neglect of duty, violation of the rules and conduct prejudicial to good order, efficiency and discipline, tried upon said charges and dismissed.

*Thomas W. McKnight* for appellant.

*William P. Burr, Corporation Counsel (William B. Carswell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.